## THORNTON v. PETERSEN.

### No. 13,195; June 22, 1891.

#### 26 Pac. 1091.

**Appeal—Weight of Evidence.**—Where the Sole Question is one of fact, and the evidence is sufficient to support the findings, the judgment will be affirmed.

APPEAL from Superior Court, City and County of San Francisco; William T. Wallace, Judge.

J. C. Bates for appellant; Whittemore & Sears for respondent.

TEMPLE, C.—This appeal is from the judgment, and from an order denying plaintiff's motion for a new trial. The only alleged errors are specifications under the claim that the evi-

dence was insufficient to justify the decision. We have carefully examined the record, and are satisfied that there is abundant evidence to sustain all the findings. It is really an attempt to have this court weigh the evidence, and decide the case according to the preponderance. The appeal ought not to have been taken. The judgment and order should be affirmed.

We concur: Belcher, C. C.; Foote, C.

PER CURIAM.—For the reasons given in the foregoing opinion the judgment and order are affirmed.